UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KEVIN HENDERSON and DONAVAN HARRISON, each individually and on behalf of all others similarly situated,<br><br>v.<br><br>JOHNSON CONTROLS, INC. | **Case No. 2:22-cv-00414-JPS**<br>FLSA Collective Action<br><br>Judge J.P. Stadtmueller |

## JOINT NOTICE OF SETTLEMENT

The Parties jointly inform the Court that they have reached an amicable settlement of this matter. The Parties are in the process of finalizing their agreement and will submit closing papers once the settlement agreement is finalized and executed.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
    **Matthew S. Parmet**
    TX Bar # 24069719
**PARMET PC**
3 Riverway, Ste. 1910
Houston, TX 77056
phone 713 999 5228
matt@parmet.law

**J. Corey Asay**
Kentucky Bar No.: 98665
(*admission pending*)
**MORGAN & MORGAN, P.A.**
333 W. Vine St., Ste. 1200
Lexington, KY 40507
Tel: (859) 286-8368
Fax: (859) 286-8384
Email: casay@forthepeople.com

**Attorneys for Plaintiffs**

By: _/s/ Bernard J. Bobber_
    _____
    **Bernard J. Bobber**
    Wisconsin Bar No. 1015499
    bernard.bobber@ogletree.com
    **Corissa Pennow**
    Wisconsin Bar No. 1122455
    corissa.pennow@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Pabst Boiler House
1243 North 10th St., Ste. 200
Milwaukee, WI 53205
Ph. (414) 239-6411
Fax: (414) 755-8289

**Attorneys for Defendant**