UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KEVIN HENDERSON and DONAVAN HARRISON, each individually and on behalf of all others similarly situated,<br><br>v.<br><br>JOHNSON CONTROLS, INC. | **Case No. 2:22-cv-00414-JPS**<br>FLSA Collective Action<br><br>Judge J.P. Stadtmueller |

## PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT

Plaintiffs request the Court approve the settlement reached in this Fair Labor Standards Act (FLSA) case. The Settlement Agreement represents the culmination of Plaintiffs' and their counsel's investigation, litigation, and negotiation. It completely resolves Plaintiffs', and the rest of the proposed collective's, claims at issue in this lawsuit. Once approved, it will provide meaningful relief to Plaintiffs and similarly situated employees of JCI who opt-into the Settlement.

The Parties' Settlement Agreement provides Plaintiffs and the proposed collective with a reasonable recovery in light of the risks inherent in litigation and trial. JCI has defended the claims in this lawsuit and continues to deny any wrongdoing, the violation of any federal or state wage-and-hour law, and any damages at issue.

For these reasons, settlement of this matter is in the best interest of Plaintiffs and the proposed collective members. Plaintiffs request the Court approve the Parties' Settlement Agreement, including notice to the proposed collective, and dismiss the alleged claims with prejudice.

The motion is supported by the accompanying memorandum and exhibits.

Respectfully submitted,

By: _____*/s/ Matthew S. Parmet*_____
    **Matthew S. Parmet**
    TX Bar # 24069719
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone 713 999 5228
matt@parmet.law

**J. Corey Asay**
Kentucky Bar No.: 98665
(*admission pending*)
**MORGAN & MORGAN, P.A.**
333 W. Vine St., Ste. 1200
Lexington, KY 40507
Tel: (859) 286-8368
Fax: (859) 286-8384
Email: casay@forthepeople.com

**Attorneys for Plaintiffs**

### CERTIFICATE OF CONFERENCE

    Prior to filing this motion, I conferred with Defendants' counsel, who confirmed Defendants were unopposed to the relief sought herein.

*/s/ Matthew S. Parmet*
_____
Matthew S. Parmet

page 2 of 2

Case 2:22-cv-00414-JPS    Filed 03/10/23    Page 2 of 2    Document 23